IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS MONCION ASH,
    Petitioner,

vs.                                                     Case No.: 5:13cv223/RS/EMT

STATE OF FLORIDA, et al.,
    Respondents.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (doc. 1). On July 3, 2013, this court entered an order giving Petitioner thirty (30) days in which to either (1) show cause why his § 2254 petition should not be summarily dismissed for his failure to satisfy the "in custody" requirement of § 2254(a), or (2) file a notice of voluntary dismissal (doc. 6). Petitioner failed to respond to the order; therefore, on August 20, 2013, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 8). The time for compliance with the show cause order has now elapsed with no response from Petitioner.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

        At Pensacola, Florida, this 16th day of September 2013.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**