## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CORINTHEUS MONCION ASH,**

        **Petitioner,**

**v.**                                                    **CASE NO. 5:13-cv-223-RS-EMT**

**STATE OF FLORIDA, et al.,**

        **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). No objections have been filed.

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    The case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

3.    The Clerk is directed to close the case.

**ORDERED** on October 21, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**